WILLIAM U. GARRARD, executor, plaintiff in error, *vs*. CHARLES J. MOFFETT, defendant in error.

Where money is brought into court under an execution issued upon a judgment against a garnishee, the oldest judgment against the defendant takes the fund.

Garrard vs. Moffett.

Garnishment.   Judgments.   Before Judge JAMES JOHNSON.   Muscogee Superior Court.   May Term, 1873.

For the facts of this case, see the decision.

PEABODY & BRANNON; LOUIS F. GARRARD, for plaintiff in error.

BLANDFORD & CRAWFORD, for defendant.

WARNER, Chief Justice.

Moffett ruled Mahaffy, as constable, to show cause why he should not pay over to him the amount of money in his hands, collected on two executions issued in his favor against Saulsbury.   The constable showed for cause that the executions were obtained against Saulsbury, as garnishee of J. T. Thweatt, and that Garrard, executor, etc., had placed in his hands an execution against J. T. and R. R. Thweatt, issued on a judgment of older date than the judgments obtained against Saulsbury, the garnishee of J. T. Thweatt.   Garrard, executor, was made a party to the proceeding before the superior court. The court decided that the money in the constable's hands should be paid to the executions issued on the garnishment judgments against Saulsbury, and not to the execution in favor of Garrard, issued on the common law judgment of older date against the Thweatts, to which decision Garrard excepted.

In our judgment, this decision of the court was error: Code, section 3545; Shorter vs. Wimble & Company, 41 Georgia Reports, 691.

Let the judgment of the court below be reversed.